**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOEL A. MELGAR-CRUZ,

                                    Petitioner,

              -against-                                          26 **CIVIL** 2222 (RA)

                                                                **JUDGMENT**

KRISTI NOEM, *Secretary of the Department of*
*Homeland Security*; TODD M. LYONS, *Acting*
*Director, United States Immigration and Customs*
*Enforcement*, in their official capacity; KENNETH
GENALO, *Field Office Director of the New York*
*Field Office of U.S. Immigration and Customs*
*Enforcement*, in their official capacity; PAUL
ARTETA, *Sherriff of Orange County, New York,*
*and Warden of the Orange County Correctional*
*Facility*, in his official capacity.,

                                    Respondents.
------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 31, 2026, Mr. Melgar-Cruz's Petition is granted.

Accordingly, the case is closed.

**Dated:** New York, New York

        March 31, 2026


                                                **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**

                                **BY:**

                                        _____
                                                **Deputy Clerk**